*J. W. Burton,* for the appellant.

———————◆◆◆———————

FLEMING *v.* DORST and Others.

It is error to reject an answer denying the truth of an affidavit in at-
tachment.

Such error is available in this Court without a motion below for a new
trial on that ground.

Hiatt and Another *v.* Goblt and Another.

·APPEAL from the *Warren* Common Pleas.

*Per Curiam.*—In this case, the Court below rejected a paragraph of an answer denying the truth of the affidavit in attachment, and, exception was taken. That this was error, is settled in *Foster* v. *Dryfus*, 16 Ind. 158. But there was no motion for a new trial, and the question is, can the error be now taken advantage of on appeal? We think, according to *Kent* v. *Lawson*, 12 Ind. 675, a motion for a new trial on the ground of the error was- not necessary. This was not an error affecting the trial of an issue formed, but preventing the forming of an issue to try.

The judgment is reversed, with costs. Cause remanded, &c.

*Gregory & Harper*, for the appellants.